# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158079

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

NATHAN GENTRY,
          Defendant-Appellant.

SC:  158079
COA:  341351
Ingham CC:  13-000137-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to withdraw his application for leave to appeal is GRANTED.  The application is dismissed with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2018



Clerk